IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SHANNON BRIDGET MURPHY,

    Plaintiff,

v.           CIVIL ACTION NO. 3:07-0971

CIRCUIT COURT OF CABELL
COUNTY, WEST VIRGINIA,

    Defendant.

**ORDER**

  This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's application to proceed in forma pauperis be granted and that her complaint, and this action be dismissed. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

  Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiffs' application to proceed in forma pauperis and **DISMISSES** her complaint and this action, consistent with the findings and recommendation.

  The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

        ENTER:  June 19, 2008

           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE